THE STATE OF OHIO, APPELLEE, *v.* BUURMA, APPELLANT.

[Cite as *State v. Buurma* (1991), 61 Ohio St.3d 136.]

(No. 91–555—Submitted May 22, 1991—Decided July 10, 1991.)

*Reese M. Wineman,* Law Director, for appellee.

*Owens & Martin Co., L.P.A.,* and *James J. Martin,* for appellant.

The motion for leave to appeal is allowed. The cause is reversed and remanded on authority of *Defiance v. Kretz* (1991), 60 Ohio St.3d 1, 573 N.E.2d 32.

MOYER, C.J., SWEENEY, DOUGLAS and H. BROWN, JJ., concur.

HOLMES, WRIGHT and RESNICK, JJ., dissent.